**ADVANCED DISABILITY ADVOCATES**
Kevin Hong (SBN 299040)
3010 Wilshire Blvd., #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile: (310) 634-12587

Attorneys for Plaintiff
YOUNG KWON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG KWON,<br><br>                   Plaintiff,<br><br>     vs.<br><br>PAOLO SEGANTI d/b/a LA PERGOLETTA CAFÉ; G & L ENTERPRISES; and DOES 1 through 10<br><br>                   Defendants. | CASE NO. 2:19: -cv-02047-VAP (E)<br><br>NOTICE OF VOLUNATRY DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE<br><br>[FRCP, Rule 41(a)(i)(A)(1)] |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(i)(A)(1), the Plaintiff and his counsel of record hereby voluntarily dismiss the above-referenced lawsuit in its entirety. Such dismissal shall be with prejudice, with each side to bear its own fees and costs.

DATED: 8/15/2019                                    ADVANCED DISABILITY ADVOCATES


By  /s/ Kevin Hong
KEVIN HONG, Attorneys for Plaintiff
YOUNG KWON